

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. MJ25-045 |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | DETENTION ORDER |
| | **)** | |
| MATTHEW PAUL LUNALILO BARTON, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

   1.  Conspiracy to Commit Bank Fraud

   2.  Bank Fraud

   3.  Aggravated Identity Theft

Date of Detention Hearing:   January 28, 2025.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant is charged with a scheme to defraud individuals of large amounts of

03   money.   He has no release plan, multiple failures to appear, pending warrants in other

04   jurisdictions, and does not contest detention at this time.

05          2.      There does not appear to be any condition or combination of conditions that will

06   reasonably assure the defendant's appearance at future Court hearings while addressing the

07   danger to other persons or the community.

08   It is therefore ORDERED:

09   1.  Defendant shall be detained pending transfer to the Eastern District of Washington, and

10       committed to the custody of the Attorney General for confinement in a correction facility

11       separate, to the extent practicable, from persons awaiting or serving sentences or being held

12       in custody pending appeal;

13   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

14   3.  On order of the United States or on request of an attorney for the Government, the person

15       in charge of the corrections facility in which defendant is confined shall deliver the

16       defendant to a United States Marshal for the purpose of an appearance in connection with a

17       court proceeding; and

18   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

19   ///

20   ///

21   ///

22

DETENTION ORDER
PAGE -2

01   the defendant, to the United States Marshal, and to the United State Probation Services Officer.

02       DATED this 28th day of January, 2025.

03

04                     S. KATE VAUGHAN
                    United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3